# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| GEORGE SILVERNALE, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-1209 |
| CAPTAIN LEE A. MARTINEZ, et al., | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On September 9, 2019, the Court adopted the Memorandum and Recommendation that was entered by United States Magistrate Judge Frances H. Stacy on July 1, 2019 (Docket Entry No. 54), granting motions to dismiss filed by the defendants on all of the plaintiff's claims in this prisoner civil rights case (Docket Entry No. 56). Accordingly, this case is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this order to the parties.

SIGNED at Houston, Texas, on **NOV 0 8 2019**.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE